**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed May 2, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00089-CV

---

### WILLARD I. BOSS AND ELIZABETH T. BOSS, Appellants

### V.

### HARRIS COUNTY APPRAISAL DISTRICT, Appellee

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-42736**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 9, 2023. On April 14, 2023, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted. Although appellants have requested that costs be taxed against the party incurring same, they have not shown good cause for such an action. *See* Tex. R. App. P. 43.4. Accordingly, appellants will be ordered to pay all costs incurred by reason of this appeal. *See id.*

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.